UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) vs. ) ) MID-STATES WRECKING CO., et al., ) ) Defendants. ) | Case No. 4:07CV1366 RWS |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs' motion [#10] to withdraw their previously filed motions for and Entry of Clerk's Default [#7] and a Default Judgment [#8] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' motion for leave to file a second amended complaint [#11] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2008.